JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOMEL ANTOINE HAMILTON, | ) | Case No. CV 09-4960-JFW (CT) |
| | ) | |
| Petitioner, | ) | |
| | ) | **J U D G M E N T** |
| v. | ) | |
| | ) | |
| KELLY HARRINGTON, Warden, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

   In accordance with the report and recommendation of the United States Magistrate Judge filed concurrently herewith,

   IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED: October 13, 2009

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE